Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 11/13/09



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

DS

IN RE:  
SHEENA HOLLAND  
1125 TENTH AVE EAST  
SPRINGFIELD TN 37172-0000

CASE NO. 07-03056-KL3-13  
11/12/2009

SSN XXX-XX-2331

**ORDER TO PAY TRUSTEE**

The above named debtor(s) having filed a petition under Chapter 13 of the Bankruptcy code and having submitted all future income to the jurisdiction of this Court in accordance with the statute

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor(s) named above shall pay the sum of **$272.75 WEEKLY** and each succeeding period thereafter, at least monthly, to:

>CHAPTER 13 TRUSTEE  
>P O BOX 190664  
>NASHVILLE, TN  37219-0664  
>PHONE:  615-244-1101  
>FAX:  615-242-3241  
>pleadings@ch13nsh.com

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check  or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor(s) to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: SHEENA HOLLAND  
    ROBERT T JOHNSON  
    HENRY E. HILDEBRAND, III

    PAID DIRECT BY DEBTOR  
    (615)244-1101

This Order has Been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

# CERTIFICATE OF NOTICE

```
District/off: 0650-3          User: cbm0135           Page 1 of 1              Date Rcvd: Nov 13, 2009
Case: 07-03056                Form ID: pdf001         Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 15, 2009.
jdb          +SHEENA HOLLAND,   1125 TENTH AVE EAST,   Springfield, TN 37172-3026

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                 Signature:    *Joseph Speetjens*